IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLTON GLENN "DUKE"
FAGAN, JR.,

      Appellant,

v.

CYNTHIA L. FAGAN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-829

Opinion filed August 5, 2014.

An appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

Carlton Glenn "Duke" Fagan, Jr., pro se, Appellant.

George E. Schulz, Jr., Suzanne M. Judas, and Jeremy J. Ches of Holland & Knight
LLP, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.